James Darryl ALLEN, Petitioner–
Appellant,

v.

Gail LEWIS, Warden, Respondent–
Appellee.

No. 01–15503.

United States Court of Appeals,
Ninth Circuit.

Jan. 29, 2002.

Before SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Abel MARTINEZ–SALAZAR,
Defendant–Appellant.

No. 94–10158.

United States Court of Appeals,
Ninth Circuit.

Feb. 4, 2002.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

## ORDER

The judgment of this court, 146 F.3d 653 (9th Cir.1998), having been reversed by the United States Supreme Court, *United States v. Martinez–Salazar,* 528 U.S. 304, 120 S.Ct. 774, 145 L.Ed.2d 792 (2000), this case is remanded to the district court.